**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:22-CV-04097-LMA-KWR** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**<u>ORDER GRANTING PRO HAC ADMISSION</u>**

Considering the foregoing Motion to Admit Iwana Rademaekers *pro hac vice* filed by Defendant The Lincoln National Life Insurance Company;

IT IS HEREBY ORDERED that the motion is GRANTED, and that Iwana Rademaekers is hereby admitted *pro hac vice* as additional counsel for Defendant in the above-captioned matter.

New Orleans, Louisiana, this ______ day of ________________________, 2022.

____________________________________
HON. LANCE M. AFRICK,
U.S. DISTRICT JUDGE