**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-4097** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION I** |

# ORDER

Considering the defendant Lincoln National Life Insurance Company's ("defendant") motion[1] to enroll counsel *pro hac vice*,

**IT IS ORDERED** that the motion to enroll counsel *pro hac vice* is **GRANTED**. Iwana Rademaekers is permitted to appear and practice before this Court on behalf of the defendant in connection with the above-captioned matter.

New Orleans, Louisiana, November 23, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 6.