**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **ERNEST MARTINEZ,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:22-CV-04097-LMA-KWR** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant The Lincoln National Life Insurance Company, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company is a nongovernmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted this 23rd day of December 2022.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, the above and foregoing Statement of Corporate Disclosure was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers