**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:22-CV-04097-LMA-KWR** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**JOINT STATUS REPORT**

**(1) A listing of all the parties and counsel who represent the parties:**

Ernest Martinez
represented by:
David C. Pellegrin, Jr. (#34957)
THE PELLEGRIN FIRM, L.L.C.
3500 North Hullen Street
Metairie, LA 70002
Phone: (504) 405-3245
Fax: (866) 651-8738
Email: email: dpellegrin@pellegrinfirm.com

The Lincoln National Life Insurance Company
represented by:
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Email: iwana@rademaekerslaw.com

- And -

Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311

Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**(2) A listing of any motions pending for decision in the case:**

None at this time.

**(3) The dates and times of any status conference, pretrial conference and trial set in the case:**

Status Conference: February 28, 2023 @ 10:00 am
Pretrial Conference: June 7, 2023 @ 10:30 am
Trial Setting: July 10, 2023 @ 8:30 am
Non-jury, 1-2 days is expected for the trial

**(4) A brief description of the factual and legal issues underlying the dispute:**

Plaintiff brings his lawsuit pursuant to Section 1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et. seq. ("ERISA"), seeking benefits under a group long-term disability insurance policy issued by Lincoln.

Plaintiff was a Welder-Fitter for Axon Pressure Products, Inc. ("Axon"), whose last day of worked was September 26, 2019. Plaintiff submitted a claim for benefits from the Axon Pressure Products, Inc. Long Term Disability Plan, which benefits are insured by a Group Disability Income Policy ("Policy") issued by Lincoln to Axon.

Plaintiff received benefits from March 25, 2020, until March 24, 2022, which was the entire "Own Occupation Period" under the Policy. On March 25, 2022, the definition of "Total Disability" applicable to Plaintiff's claim changed to an inability to perform "the Main Duties of any Gainful Occupation." The Policy defines "Gainful Occupation to require that Plaintiff could "earn (or reasonably be expected to earn) a before-tax income of at least 60% of his . . . Predisability Income, within 12 months of returning to work." .

Plaintiff alleges that the Defendant erred in finding he was no longer disabled per the terms of the Policy after March 24, 2022. Plaintiff alleges he is entitled to the award of attorneys' fees, costs, and interest and provided for by ERISA.

Plaintiff underwent a L2-L4 revision laminectomy, decompression, foraminotomy, and partial facetectomy in 2019. Plainitff's treating orthopedic surgeon, Dr. Christopher Cenac, Jr. believes that post-surgery, Plaintiff cannot perform any work due to multilevel lumbar severe stenosis, weakness in both of his legs which sometimes results in falls, and permanent radiculopathy. Plaintiff has relied on injections and pain medication since his surgery to manage his pain. Plaintiff has argued that due to his skills, experience, medical conditions, pain, and the side effects of medications, he could not earn a gainful wage as defined by the Policy. Plaintiff argues that with his needed

medications and the distractions associated with his pain, he could not perform alternative occupations identified by Lincoln on a consistent basis.

Lincoln asserts, as set out in detail in its final appeal letter regarding Plaintiff's claim that is dated September 28, 2022, that the administrative record reflects that Plaintiff is not limited from working in a sedentary work capacity and is able to perform alternative occupations that exist in the national economy that provide adequate salary levels relative to Plaintiff's prior earnings. Accordingly, Lincoln asserts that Plaintiff was not eligible for benefits under the Policy beyond March 25, 2022.

Lincoln does not make a claim for damages against Plaintiff. However, Lincoln asserts that should the Court determine that Plaintiff is entitled to additional benefits under the Policy, which is denied, it is entitled to setoff against any such benefit award amounts received by Plaintiff from other income sources, including disability benefits from the Social Security Administration.

The parties agree that the Court's standard of review will be *de novo*.

**(5) A listing of any discovery which remains to be done:**

Defendant has served the full claim file, including the administrative record, on Plaintiff's counsel. Because this is a claim for benefits under an ERISA policy, the Parties do not contemplate performing any discovery in this case.

**(6) A description of the status of any settlement negotiations:**

Plaintiff made a settlement demand at Defendant's request. The Parties have worked to narrow the issues in dispute and determine the amount of benefits at issue in the case.

The Parties agreed to hold a settlement conference with the Magistrate Judge for April 4, 2023, but an order was not issued. The Parties have followed up with the Magistrate Judge's chambers to seek clarification and confirm the conference was scheduled.

Respectfully submitted this 21st day of February 2023.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

*-and-*

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

**AND**

**THE PELLEGRIN FIRM, L.L.C.**

/s/ David C. Pellegrin, Jr.
David C. Pellegrin, Jr. (#34957)
3500 North Hullen Street
Metairie, LA 70002
Phone: (504) 405-3245
Fax: (866) 651-8738
Email: email: dpellegrin@pellegrinfirm.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers