**MINUTE ENTRY**
**AFRICK, J.**
**February 28, 2023**
**JS-10 00:15**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4097** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "I" (4)** |

A status conference was held on this date with both counsel participating. The previously scheduled pretrial and trial dates remain in effect.

***Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. The motion deadline date set forth in this Court's previously issued scheduling order shall, notwithstanding such conference, remain intact. Counsel's failure to schedule the conference in sufficient time to permit the filing of such motion will not be considered good cause to extend the dispositive motion deadline.***

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**