**MINUTE ENTRY**
**ROBY, M. J.**
**April 6, 2023**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-4097** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: "I" (4)** |

A Settlement Conference was held on this date. Participating were: David Pellegrin, Jr. representing the plaintiff; Ernest Martinez, plaintiff; and Iwana Rademaekers representing the defendants. Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Lance M Africk**

**MJSTAR: 1:15**