**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:22-CV-04097-LMA-KWR** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Ernest Martinez and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice pursuant to the confidential settlement agreement between the parties with all costs taxed against the party that incurred them.

Plaintiff and Defendant have attached a proposed order agreed to by both parties dismissing the action.

WHEREFORE, Plaintiff and Defendant request that pursuant to this stipulation the Court dismiss this action with prejudice.

Dated this 1st day of May, 2023.

Respectfully submitted,

**THE PELLEGRIN FIRM, L.L.C.**

/s/ David C. Pellegrin, Jr.
David C. Pellegrin, Jr. (#34957)
3500 North Hullen Street
Metairie, LA 70002

Phone: (504) 405-3245
Fax: (866) 651-8738
Email: email: dpellegrin@pellegrinfirm.com

**COUNSEL FOR PLAINTIFF**

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ David C. Pellegrin