**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERNEST MARTINEZ,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:22-CV-04097-LMA-KWR** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

# ORDER

**CONSIDERING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE;**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the above-captioned matter is hereby dismissed with prejudice, with each party to bear his or its own costs, expenses, and attorney's fees.

Thus done and signed this ______ day of _________________,2023, at New Orleans, Louisiana.

_______________________________________

HON. LANCE AFRICK
UNITED STATES DISTRICT COURT JUDGE